```
                        United States Bankruptcy Court
                             District of Oregon
In re:                                                              Case No. 14-32100-rld
Todd Michael Spencer                                                Chapter 7
Jill Marie Spencer
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0979-3         User: batina              Page 1 of 2          Date Rcvd: May 30, 2014
                             Form ID: OFT              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2014.
db/jdb        +Todd Michael Spencer,    Jill Marie Spencer,    9104 SE Valentine Rd.,
                Happy Valley, OR 97086-3448
smg           +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
                Washington, DC 20530-0001
100607919     +Access Cap,    Pob 1511,    Visalia, CA 93279-1511
100607920     +AcctCorp Int of Salem,    3700 River Rd North #6,    Salem, OR 97303-5657
100607921      Airgas NorPac,    POB 7427,    Pasadena, CA 91109-7427
100607935      CU Recovery Inc,    26263 Forest Blvd,    Wyoming, MN 55092-8033
100607925     +Cable Huston,    1001 SW Fifth Ave,    Suite 2000,    Portland, OR 97204-1136
100607927     +Caine Weiner,    PO B 5010,    Woodland Hills, CA 91365-5010
100607931     +Clackamas County Circuit Court,    Case #CV13050818 C,    807 Main St.,
                Oregon City, OR 97045-1848
100607932     +Client Services Inc,    3451 Harry S Truman Bv,    Saint Charles, MO 63301-9816
100607933     +Columbia Collections I,    6915 Se Lake Rd Ste 200,    Milwaukie, OR 97267-2103
100607936     +Dvra Billing,    2701 Loker Av West,    Carlsbad, CA 92010-6638
100607938     +Gary Chapman DDS,    10121 SE Sunnyside Rd,    Ste 330,    Clackamas, OR 97015-5714
100607939     +Green Tree Servicing LLC,    C T Corporation System Reg Agent,    388 State St #420,
                Salem, OR 97301-3581
100607942     +Jomax Recovery Services,    14100 N 83rd ave,    Suite 235,    Peoria, AZ 85381-5662
100607943     +KeyBank,    Thomas J Lekan Sr Vice Pres,    127 Public Square,    Cleveland, OH 44114-1226
100607944     +Ocwen Loan Servicing, LLC,    Corporation Service Company,    Registered Agent,
                285 Liberty Street NE,    Salem, OR 97301-3865
100607945     +Pacific Northwest Federal Credit Union,    Thomas Griffith President,    12106 NE Marx,
                Portland, OR 97220-9035
100607946     +Pacific Nw Federal Cr,    12005 Ne Erin Way,    Portland, OR 97220-9030
100607947     +Pinnacle Financial Group,    Dept 673,    POB 4115,    Concord, CA 94524-4115
100607949     +Portland Police Alarms,    POB 1867,    Portland, OR 97207-1867
100607950     +Recology Portland,    9345 NE Whitaker Way,    Portland, OR 97217
100607951     +Residential Credit Solutions, Inc,    Corporation Service Company Reg Agent,    285 Liberty St NE,
                Salem, OR 97301-3865
100607953      Sentry Credit Inc,    PO Box 12070,    Everett, WA 98206-2070
100607954      Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
100607955      Us Bk Rms Cc,    Cb Disputes,    St Louis, MO 63166
100607957     +Wolters Kluwer,    7201 McKinney Circle,    Frederick, MD 21704-8356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: ORREV.COM May 31 2014 01:14:00      ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
100607922      EDI: ARSN.COM May 31 2014 01:13:00      ARS National Services Inc,    POB 463023,
                Escondido, CA 92046-3023
100607923     +E-mail/Text: kiersten@afscollect.com May 31 2014 01:30:52      Atlas Financial Servic,
                Po Box 1180,    Vancouver, WA 98666-1180
100607924     +E-mail/Text: banko@bonncoll.com May 31 2014 01:31:40      Bonneville Billing,
                1186 E 4600 S Ste 100,    Ogden, UT 84403-4896
100607926     +EDI: STFC.COM May 31 2014 01:13:00      Cach, Llc,    4340 S Monaco St Unit 2,
                Denver, CO 80237-3408
100607928     +E-mail/Text: ccci@bendbroadband.com May 31 2014 01:31:30      Cascade Credit Consulting Inc,
                Sheri A Rodgers Reg Agent,    63830 Clausen Drive #200,    Bend, OR 97701-7140
100607929     +E-mail/Text: bankruptcy@cavps.com May 31 2014 01:31:31      Cavalry Portfolio Serv,    Po Box 27288,
                Tempe, AZ 85285-7288
100607930     +EDI: CHASE.COM May 31 2014 01:13:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
100607934      EDI: CONVERGENT.COM May 31 2014 01:13:00      Convergent Outsourcing Inc,    POB 9006,
                Renton, WA 98057-9006
100607937     +E-mail/Text: bknotice@erccollections.com May 31 2014 01:31:21      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
100607940     +EDI: PINNACLE.COM May 31 2014 01:13:00      Integrity Solution Svc,    20 Corporate Hills Dr,
                Saint Charles, MO 63301-3749
100607941     +E-mail/Text: rion@att.net May 31 2014 01:30:52      J Rion Bourgeois,    7175 SW Beveland Suite 210,
                Portland, OR 97223-8665
100607948     +EDI: PRA.COM May 31 2014 01:14:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
100607952     +EDI: DRIV.COM May 31 2014 01:13:00      Santander Consumer USA,    8585 N Stemmons Fwy #900,
                Dallas, TX 75247-3822
100607956     +EDI: AFNIVZCOMBINED.COM May 31 2014 01:13:00      Verizon,    PO Box 3001,
                Inglewood, CA 90304-0001
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2014　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2014 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 30, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Todd Michael Spencer**
**Jill Marie Spencer**
   *Other names used by debtor:* Alpine Courier
Debtor(s)

Case No. **14–32100–rld7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **9/2/14** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.