Peter C. McKittrick
515 NW Saltzman Rd., PMB 917
Portland, OR 97229
Email: pmckittrick@mckittrickinc.com
Telephone: 503-616-4979
Facsimile: 503-961-8180

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re: | ) | |
|---|---|---|
| | ) | Case No. 14-32100-RLD7 |
| Todd Michael Spencer | ) | |
| Jill Marie Spencer | ) | |
| | ) | TRUSTEE'S REPORT OF SALE |
| Debtor(s). | ) | PURSUANT TO BR 6004 |

PETER C. McKITTRICK, Trustee, hereby reports the sale by the Estate of the following described property per Notice dated May 30, 2014 (Docket #23):

| | |
|---|---|
| Property Sold: | Real property located at 1701 SE Oakshore Lane, Milwaukie, Oregon |
| Name of Purchaser: | RenX Group, LLC (third party) |
| Price Received: | $10,000 |
| Date Funds Received: | July 14, 2014 |

DATED: September 25, 2014

    /s/ Peter C. McKittrick
Peter C. McKittrick, Chapter 7 Trustee