UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 20, 2015

Clerk, U.S. Bankruptcy Court

BY **bdw** DEPUTY

In re
**Todd Michael Spencer**
**Jill Marie Spencer**
 *Other names used by debtor:* Alpine Courier
Debtor(s)

Case No. **14−32100−rld7**

ORDER RETURNING DOCUMENT(S)

**IT IS ORDERED** that:

1. The **Proposed Order re: Relief from Stay**, submitted to the court on **1/21/2015** by **Ocwen Loan Svcing LLC**, is being returned to the filer and not entered on the court's docket and will have no legal effect, for the reason(s) stated below:

   **Page 1 of LBF No. 720.90 incomplete. Missing motion filed and served on dates.**

2. In order for the court to take any action and the listed document(s) to have legal effect, you must **both** (a) correct if necessary and refile the document(s) and (b) serve the refiled document(s) on those parties who were served with a copy of the original document(s). You must file a certificate showing service of the refiled document(s).

3. If the date of filing is critical, the court may consider treating the document(s) as filed on the date originally submitted to the court if you file with the court, within 7 days of the "Filed" date above, **all** of the following:

   (A) a written request that clearly sets forth all grounds for treating the document(s) as filed as of the original date of submission;

   (B) a copy of this order;

   (C) the refiled document(s); **and**

   (D) a certification that copies of the request were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court