```
                        United States Bankruptcy Court
                              District of Oregon
In re:                                                     Case No. 14-32100-rld
Todd Michael Spencer                                       Chapter 7
Jill Marie Spencer
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0979-3      User: batina            Page 1 of 1         Date Rcvd: Feb 20, 2015
                          Form ID: ORD            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2015.
db/jdb         +Todd Michael Spencer,    Jill Marie Spencer,   9104 SE Valentine Rd.,
                 Happy Valley, OR 97086-3448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2015 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 20, 2015

Clerk, U.S. Bankruptcy Court

BY **bdw** DEPUTY

In re
**Todd Michael Spencer**
**Jill Marie Spencer**
   *Other names used by debtor:* Alpine Courier
Debtor(s)

Case No. **14–32100–rld7**

ORDER RETURNING DOCUMENT(S)

**IT IS ORDERED** that:

1. The **Proposed Order re: Relief from Stay**, submitted to the court on **1/21/2015** by **Ocwen Loan Svcing LLC**, is being returned to the filer and not entered on the court's docket and will have no legal effect, for the reason(s) stated below:

    **Page 1 of LBF No. 720.90 incomplete. Missing motion filed and served on dates.**

2. In order for the court to take any action and the listed document(s) to have legal effect, you must **both** (a) correct if necessary and refile the document(s) and (b) serve the refiled document(s) on those parties who were served with a copy of the original document(s). You must file a certificate showing service of the refiled document(s).

3. If the date of filing is critical, the court may consider treating the document(s) as filed on the date originally submitted to the court if you file with the court, within 7 days of the "Filed" date above, **all** of the following:

    (A) a written request that clearly sets forth all grounds for treating the document(s) as filed as of the original date of submission;

    (B) a copy of this order;

    (C) the refiled document(s); **and**

    (D) a certification that copies of the request were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court